1  JONATHAN O. PENA, ESQ.
2  CA Bar ID No. 278044
3  Peña & Bromberg, PLC
4  3467 W. Shaw Ave., Ste 100
5  Fresno, CA  93711
6  Telephone: 559-412-5390
   Fax: 866-282-6709
7  info@jonathanpena.com
   Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Eddie Ray Arreola, | Case No. 1:25-cv-00402-SKO |
| Plaintiff, | STIPULATION AND UNOPPOSED MOTION FOR EXTENSION OF TIME; ORDER |
| vs. | (Doc. 11) |
| Frank Bisignano, COMMISIONER OF SOCIAL SECURITY[1], | |
| Defendant. | |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from July 3, 2025 to September 2, 2025, for Plaintiff to serve on defendant with PLAINTIFF'S

---

[1] Frank Bisignano became the Acting Commissioner of Social Security on May 7, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted for Leland Dudek as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

     This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. For the weeks of June 30, 2025 and July 7, 2025, Plaintiff's Counsel has eleven merit briefs and two reply briefs due. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                                Respectfully submitted,

Dated: June 27, 2025        PENA & BROMBERG, ATTORNEYS AT LAW

                               By: */s/ Jonathan Omar Pena*
                                   JONATHAN OMAR PENA
                                   Attorneys for Plaintiff

Dated: June 27, 2025        MICHELE BECKWITH
                                   Acting United States Attorney
                                   MATHEW W. PILE
                                   Associate General Counsel
                                   Office of Program Litigation
                                   Social Security Administration

                               By:  **/s/ Justin Lane Martin*
                                   Justin Lane Martin
                                   Special Assistant United States Attorney
                                   Attorneys for Defendant
                                   (*As authorized by email on June 27, 2025)

## **ORDER**

Pursuant to the parties' foregoing stipulation and unopposed motion (Doc. 11), and for good cause shown (Fed. R. Civ. P. 16(b)(4)),

IT IS ORDERED that Plaintiff shall have up to and including September 2, 2025, to serve Plaintiff's Motion for Summary Judgment on Defendant.  All other dates in the Scheduling Order (Doc. 5) are enlarged accordingly.

IT IS SO ORDERED.

Dated:   **June 30, 2025**                         /s/ *Sheila K. Oberto*
                                                                     UNITED STATES MAGISTRATE JUDGE