DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Eddie Ray Arreola, ) | Case No. 1:25-cv-00402-SKO |
| ) | |
| Plaintiff, ) | ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME |
| ) | |
| vs. ) | (Doc. 17) |
| ) | |
| Frank Bisignano, COMMISIONER OF ) | |
| SOCIAL SECURITY[1], ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pursuant to the parties' stipulation and unopposed motion, (Doc. 17), and for good cause shown (Fed. R. Civ. P. 16(b)(4)),

IT IS ORDERED *nunc pro tunc* that Plaintiff shall have up to and including September 5, 2025, to serve Plaintiff's Motion for Summary Judgment on Defendant.  All other dates in the Scheduling Order (Doc. 5) are enlarged accordingly.

IT IS SO ORDERED.

Dated:   **September 3, 2025**          */s/ Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE

---

[1] Frank Bisignano became the Acting Commissioner of Social Security on May 7, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted for Leland Dudek as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28