ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBA No. 32245.
Head of Program Litigation 1
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    Program Litigation 1 | Law & Policy
    Social Security Administration
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (510) 970-4822
    E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE R. ARREOLA,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>    Defendant. | Case No.: 1:25-cv-00402-SKO<br><br>**STIPULATION AND UNOPPOSED MOTION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); ORDER**<br><br>(Doc. 21) |

    IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff a new decision.

    On remand, the Commissioner will offer the claimant an opportunity for a hearing, conduct any necessary further proceedings and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

//

Stip. For Voluntary Remand;   Case 1:25-cv-00402-SKO     1

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: September 30, 2025 | */s/Jonathan Omar Pena* * <br> (*as authorized via e-mail on 9/30/25) <br> JONATHAN OMAR PENA <br> Attorney for Plaintiff |
| Dated: September 30, 2025 | ERIC GRANT <br> United States Attorney |
| By: | */s/ Marcelo Illarmo* <br> MARCELO ILLARMO <br> Special Assistant United States Attorney |
| | Attorneys for Defendant |

## **ORDER**

Based upon the parties' Stipulation and Unopposed Motion for Voluntary Remand to Agency Pursuant to Sentence Four of 42 U.S.C. Section 405(g) and Entry of Judgment, (Doc. 21), IT IS ORDERED that the above-captioned matter be remanded to the agency for further administrative proceedings pursuant to sentence four of 42 U.S.C. section 405(g). Upon remand, the agency will vacate the Administrative Law Judge's (ALJ) decision and remand the case to an ALJ to re-evaluate the evidence and issue a new decision.

The Clerk of Court shall enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Commissioner and shall thereafter close this case.

IT IS SO ORDERED.

Dated:  **September 30, 2025**               /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE